**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| L.R.M. (XXX-XX-4931) | CIVIL ACTION NO. 24-cv-0482 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| SOCIAL SECURITY ADMINISTRATION, ET AL. | MAGISTRATE JUDGE HORNSBY |

## JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Commissioner's Motion to Dismiss (Record Document 20) is **GRANTED** and that this civil action is **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

**THUS DONE AND SIGNED,** in Shreveport, Louisiana, this 6th day of January, 2025.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE